| | |
|---|---|
| 1 | **WILCOXEN CALLAHAM, LLP** |
| | DANIEL E. WILCOXEN, SBN 054805 |
| 2 | dan@wilcoxenlaw.com |
| | DREW M. WIDDERS, SBN 245439 |
| 3 | dwidders@wilcoxenlaw.com |
| | 2114 K Street |
| 4 | Sacramento, CA 95816 |
| | Telephone: (916) 442-2777 |
| 5 | Facsimile: (916) 442-4118 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | Case No.: 2:17-CV-02295-JAM-AC |
| Plaintiff, | **AMENDED ORDER ON STIPULATION TO CONTINUE TRIAL AND RELATED DATES** |
| v. | |
| RIDEOUT MEMORIAL HOSPITAL, et al., | **Trial Date: 10/21/2019** |
| Defendants. | |

Upon stipulation of counsel, and good cause appearing therefor, the Court finds that continuing the trial and related dates as requested will not prejudice the parties nor the Court, and will allow additional time that is needed to complete witness depositions prior to expert disclosure. There have been no previous requests to continue these dates nor the trial date in this matter.

THEREFORE, IT IS HEREBY ORDERED THAT the current trial date of August 19, 2019, and all dates related thereto are vacated, and that the following dates shall now apply:

DISCOVERY

All Discovery shall be completed by May 7, 2019. Not later than fourteen (14) days prior to the close of discovery, the parties shall file with the Court a brief joint statement

{00198132}

-1-
[PROPOSED] AMENDED ORDER ON STIPULATION TO CONTINUE TRIAL AND RELATED DATES

summarizing all law an motion practice heard by the Court as of the date of the filing of the statement, whether the Court has disposed of the motion at the time the statement is filed and served, and the likelihood that any further motions will be noticed prior to the close of law and motion.  The filing of this statement shall not relieve the parties or counsel of their obligation to timely notice all appropriate motions as set forth herein.

## DISCLOSURE OF EXPERT WITNESSES

Initial disclosures of expert witnesses between the parties shall be May 7, 2019. Supplemental disclosure and disclosure of any rebuttal experts shall be May 14, 2019.

## DISPOSITIVE MOTIONS

All dispositive motions shall be filed by June 18, 2019.  Hearings on such motions shall be on July 16, 2019 at 1:30 p.m.

## FINAL PRE-TRIAL CONFERENCE

The final pre-trial conference shall be set for August 16, 2019 at 11:00 a.m.  The parties shall file with the court, no later than seven days prior to the final pre-trial conference, a joint pre-trial statement.  <u>Also at the time of filing the Joint Pretrial Statement, counsel are requested to e-mail the Joint Pretrial Statement and any attachments in Word format to Judge Mendez's assistant, Jane Klingelhoets at jklingelhoets@caed.uscourts.gov.</u>

## TRIAL

Jury trial in this matter is set for October 21, 2019 at 9:00 a.m.   The parties estimate a trial length of approximately 10-14 days.

All other aspects of the Court's January 17, 2018 STATUS (Pre-trial Scheduling) ORDER shall remain in effect.

{00198132}

-2-
[PROPOSED] AMENDED ORDER ON STIPULATION TO CONTINUE TRIAL AND RELATED DATES

IT IS SO ORDERED.

DATED: 12/19/2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

{00198132}

-3-
[PROPOSED] AMENDED ORDER ON STIPULATION TO CONTINUE TRIAL AND RELATED DATES