Raymond D. McElfish (SBN: 224390)
**MCELFISH LAW FIRM**
1112 N. Sherbourne Dr.
West Hollywood, CA 90069
Telephone: 310-659-4900
Fax: 310-659-4926
e-mail: rmcelfish@mcelfishlaw.com

*Attorneys for Plaintiff, Joseph Daniel Nevis*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>RIDEOUT MEMORIAL HOSPITAL, et al,<br><br>Defendants. | Case No.: 2:17-cv-02295-JAM-AC<br><br>**ORDER FOR STIPULATED AMENDED SCHEDULING ORDER** *(AS MODIFIED BY THE COURT)*<br><br>Trial Date: January 27, 2020 |

Upon stipulation of counsel, and good cause, the Court finds that continuing the trial and rlated dates as reqested will not prejudice the parties nor the Court, and will allow additional time that is needed to complete discovery, expert disclosures, and motions.

**IT IS HEREBY ORDERED**, that the current trial date of October 21, 2019, and all dates related thereto are vacated, and that the following dates shall now apply:

1. Discovery shall be completed Monday August 5, 2019. Not later than fourteen (14) days prior to the close of discovery, the parties shall file with the Court a

brief joint statement summarizing all law and motion practice heard by the Court as of the date of the filing of the statement, whether the Court has disposed of the motion at the time the statement is filed and served, and the likelihood that any further motions will be noticed prior to the close of law and motion. The filing of this statement shall not relieve the parties or counsel of their obligation to timely notice all appropriate motions as set forth herein.

2. Initial disclosure of expert witnesses between the parties shall be completed by Monday August 5, 2019.

3. Supplemental disclosure and disclosure of any rebuttal experts shall be completed by Thursday August 15, 2019 .

4. All dispositive motions shall be filed by Tuesday, September 24, 2019.

5. Hearings on such motions shall be heard on Tuesday, October 22, 2019 at 1:30 p.m.

6. The final pre-trial conference shall be set for Friday, December 13, 2019 at 11:00 a.m. The parties shall file with the court, no later than seven days prior to the final pre-trial conference, a joint pre-trial statement. <u>Also at the time of filing the Joint Pre-trial Statement, counsel shall e-mail the Joint Pre-trial Statement and any attachments in Word format to Judge Mendez's assistant, Jane Klingelhoets at jklingelhoets@caed.uscourts.gov.</u>

7. The jury trial in this matter shall be set for Monday, January 27, 2020 at 9:00 a.m.

DATED this 8th day of April, 2019.

          /s/ John A. Mendez
          Honorable JOHN A. MENDEZ
          United States District Court Judge