| | |
|---|---|
| 1 | GEORGE E. WASHINGTON, State Bar No. 46281 |
| | PETER G. WASHINGTON, State Bar No. 230514 |
| 2 | **WASHINGTON & WASHINGTON** |
| | 1600 Humboldt Road, Suite 2 |
| 3 | Chico, California 95928 |
| | Telephone: (530) 345-0821 |
| 4 | Facsimile: (530) 342-2242 |
| 5 | Attorneys for Defendant, HECTOR LOPEZ, M.D. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | CASE NO. 2:17-cv-02295-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT HECTOR LOPEZ, M.D., TO PROPOUND ADDITIONAL INTERROGATORIES ON PLAINTIFF** |
| vs. | |
| RIDEOUT MEMORIAL HOSPITAL; HECTOR LOPEZ, M.D.; NATIONAL RAILROAD PASSENGER CORPORATION, individually and dba AMTRAK; DOE 51 ENGINEER; DOE 52 CONDUCTOR; DOES 53-55 TRAIN OPERATORS; UNION PACIFIC RAILROAD COMPANY; and DOES 1-50 and 56-75, inclusive | [F.R.C.P. Rule 33; Rule 26] |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the plaintiff, JOSEPH DANIEL NEVIS and defendant, HECTOR LOPEZ, M.D., by and through their respective counsel, that defendant HECTOR LOPEZ, M.D., may propound an additional 15 interrogatories on the plaintiff designed to ascertain plaintiff's economic damages.

This Stipulation is made on the grounds that there are questions relating to plaintiff's economic damages that plaintiff was unable to answer during his deposition. These additional interrogatories are necessary to ascertain this information, are not designed to annoy, embarrass or oppress the plaintiff, and are consistent with Rule 26(b)(2).

...

...

**STIPULATION TO ALLOW HECTOR LOPEZ, MD TO PROPOUND ADDITIONAL INTERROGATORIES ON PLAINTIFF**   1

| | |
|---|---|
| 1 | This stipulation may be executed in separate counterparts and/or by facsimile. |
| 2 | IT IS HEREBY STIPULATED. |

DATED:  July 3, 2019            **McELFISH LAW FIRM**

By:      /s/ Raymond D. McElfish
      Raymond D. McElfish
      Attorneys for Plaintiff JOSEPH DANIEL NEVIS

DATED: July 3, 2019             **WASHINGTON & WASHINGTON**

By:      /s/ George E. Washington
      George E. Washington
      Peter G. Washington
      Attorneys for Defendant
      HECTOR LOPEZ, M.D.

### ORDER

The parties, having stipulated, and consideration of the moving documents, and good cause appearing,

IT IS SO ORDERED.

Dated:  July 12, 2019

*/s/ Allison Claire*

~~HONORABLE JOHN A. MENDEZ~~
~~EASTERN DISTRICT COURT OF CALIFORNIA~~

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE