UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS,<br><br>Plaintiffs,<br><br>v.<br><br>RIDEOUT MEMORIAL HOSPITAL, et al.,<br><br>Defendants. | No. 2: 17-cv-02295 JAM AC<br><br><br>ORDER |

Pursuant to order filed April 22, 2021, this case was set for settlement conference before the undersigned on May 27, 2021 at 9:30 a.m. Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. A minute order will issue re-assigning the settlement conference to another magistrate judge on the same date at the same time.

IT IS SO ORDERED.

Dated: May 19, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/nevi2295.rec

1