1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH DANIEL NEVIS,                        No. 2:17-CV-2295-JAM-AC

12                    Plaintiff,

13          v.                                   ORDER

14   RIDEOUT MEMORIAL HOSPITAL, et
     al.,
15
                     Defendants.
16

17

18                  Plaintiff, who is proceeding with retained counsel, brings this civil action.  The

19   parties appeared before the undersigned on May 27, 2021, at 9:30 a.m., for a settlement

20   conference.  Good cause appearing therefor, the matter is set for a continued settlement

21   conference between Plaintiff and Defendant National Railroad Passenger Corporation before the

22   undersigned on June 29, 2021, at 10:00 a.m.  The continued settlement conference will be

23   conducted via Zoom.

24                  IT IS SO ORDERED.

25

26   Dated:  June 2, 2021

27                                              _____
                                               DENNIS M. COTA
28                                             UNITED STATES MAGISTRATE JUDGE

                                               1