UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>RIDEOUT MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02295 JAM-AC<br><br>**COURT'S RESPONSE TO PLAINTIFF'S OBJECTIONS AND RESPONSE TO PRETRIAL CONFERENCE ORDER (ECF NO. 152)** |

    1.   This Pretrial Statement did not need to include a "Nature of the Case" section. The parties are required to file a joint statement of the case on August 23, 2021.

    2.   <u>Undisputed Facts</u>: Undisputed Fact Nos. 2, 3, 4, 5, 7, 8 and 13 have been removed. Unless the parties agree on the exact language of an undisputed fact, it is not included in this section of the Pretrial Conference Order.

    3.   <u>Plaintiff's Disputed Factual Issues</u>: As the Court explained at the Pretrial Conference, this section of the Pretrial

Conference Order is intended to be a roadmap for the Court and therefore Plaintiff's objections and requested additions are unnecessary. There is no prejudice or impact on Plaintiff from the Court's refusal to sustain the objections or grant the requested additions.

4. <u>Evidentiary Issues</u>: The Court will grant Plaintiff's request to add to paragraph 3 in this section. The Court denies Plaintiff's request to add the paragraph previously deleted by the Court. The requested language is confusing. Plaintiff is not precluded from filing a motion in limine concerning this evidence so long as Plaintiff can explain how he intends to seek damages for psychological injuries and at the same time exclude the evidence in support of said damages.

5. <u>Witnesses</u>: Plaintiff's objection is overruled. Each party is allowed to call any witness designated by the other parties, but it is up to each party to insure that the witness is present in the Courtroom or has been subpoenaed (if the party designating the witness decides not to call that witness during their case in chief).

6. <u>Exhibits</u>: Plaintiff's objection is overruled. Plaintiff is correct that exhibits not objected to are not automatically admitted and only admitted exhibits can be published to the jury.

7. <u>Further Trial Preparation</u>:

(a) Motions in limine are to be filed August 2, 2021.

(b) Plaintiff's objections to any witnesses identified by Defendants should be made as part of his motions in limine. Amendments to the witness lists were permitted after the pretrial conference during the period between June 28 and July 6, 2021.

(c) Plaintiff's objections to Defendants' exhibits are to be filed 14 days before trial. The parties were permitted to amend their exhibit lists after the pretrial conference during the period between June 28 and July 6, 2021.

DATED: July 6, 2021

JOHN A. MENDEZ
United States District Judge