# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | ) Case No.: 2:17-cv-02295-JAM-AC |
|       Plaintiffs, | ) |
| vs. | ) **ORDER TO TO CONTINUE TRIAL** |
| RIDEOUT MEMORIAL HOSPITAL, et al, | ) |
|       Defendants. | ) |

     Due to an exigency on behalf of Plaintiff's counsel, and pursuant to the Parties' Stipulation to Continue Trial, the Court approves the Request.

///
///
///
///
///
///
///

**IT IS HEREBY ORDERED**, that trial in this matter is continued to January 10, 2022.  Further, the deadlines in the current scheduling order shall be continued for a period of 90 days.

DATED this 22nd day of July, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE