UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>RIDEOUT MEMORIAL HOSPITAL, et al,<br><br>　　　　Defendants. | Case No.: 2:17-cv-02295-JAM-AC<br><br>**ORDER FOR STIPULATION REGARDING DISPUTED EVIDENTIARY ISSUES** |

Pursuant to the Parties' Stipulation regarding disputed evidentiary issues:

**IT IS HEREBY ORDERED**, that:

1. That the Amtrak LDVR video taken from locomotive of the subject train is authentic. Amtrak disputes, however, its admissibility based on Federal Rule of Evidence 403.

2. Amtrak will not offer expert evidence as to whether Plaintiff was visible to the engineers in the locomotive or whether their view is different than that of the LDVR camera. Amtrak may, however, offer that evidence through its lay witnesses, including Tom Haskins and Chris Edson, that their view is not what is depicted by the LDVR footage.

3. Plaintiff will not seek recovery for past wage loss. Defendants will not seek to exclude Plaintiff's future wage loss claim based on a failure to disclose.

4. Plaintiff will not offer evidence of Mr. Edson's medical condition. The stipulation can be readdressed with the Court if Plaintiff believes Mr. Edson opens the door.
5. Plaintiff's retained expert Bong Walsh will only offer opinions related to human factors and will not offer opinions regarding train handling or operations.
6. Defendants will not seek to exclude Christine Miller, Brandy Olmsted, Samantha Scrogin, Bobby Rathert, Tyler Moreheade, Garret Scrogin, Tiffany Eads or Kyler Blowers based on a failure to disclose.
7. Plaintiff will not call William Hughes as an expert witness or offer his opinions at trial.
8. Plaintiff and Defendants will not offer evidence of or mention liability insurance to the jury.
9. Plaintiff and Defendants will not offer evidence of or mention the $250,000 MICRA cap to the jury.
10. Plaintiff and Defendants will not offer evidence of or mention any settlement offers, demands or discussions before the jury.
11. Defendants will not offer evidence of other times Plaintiff may have been at the railroad tracks, other than to generally address his knowledge that railroad tracks are dangerous.

**IT IS SO ORDERED.**

Dated: August 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE