# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | ) Case No.: 2:17-cv-02295-JAM-AC |
| Plaintiffs, | ) **ORDER FOR STIPULATION** |
| vs. | ) **REGARDING PRE-TRIAL DEADLINES** |
| RIDEOUT MEMORIAL HOSPITAL, et al, | ) |
| Defendants. | ) |

Pursuant to the Parties' Stipulation regarding Pre-Trial Deadlines:

**IT IS HEREBY ORDERED**, that:

1. Motions in Limine are continued 90 days from August 2, 2021 to November 1, 2021;

2. Oppositions to Motions in Limine are continued approximately 100 days from August 13, 2021 to November 29, 2021 to permit some additional time for oppositions;

3. Statement of the Case is continued 90 days from August 23, 2021 to November 22, 2021;

4. Trial Briefs are continued 90 days from August 23, 2021 to November 22, 2021;

5. Joint set of Jury Instructions including disputed instructions are continued 90 days from August 23, 2021 to November 22, 2021;

6. Deposition Designations are continued 90 days from August 23, 2021 to November 22, 2021;

7. Lodging of all Deposition Transcripts are continued 90 days from August 23, 2021 to November 22, 2021;

8. Designated Discovery Responses are continued 90 days from August 23, 2021 to November 22, 2021;

9. Proposed Voir Dire Questions are continued 90 days from August 23, 2021 to November 22, 2021;

10. Proposed Verdict Form is continued 90 days from August 23, 2021 to November 22, 2021;

11. Exchanging of Trial Exhibits between parties is due on December 27, 2021 (14 days before trial);

12. Objections to Trial Exhibits are due on January 3, 2021 (5 days later);

13. An original copy of Trial Exhibits for the Court and Clerk are due on January 10, 2022;

14. Trial is scheduled for January 10, 2022.

Dated: September 8, 2021                 /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE