| | |
|---|---|
| 1 | JACOB D. FLESHER – SBN 210565 |
| | JASON W. SCHAFF – SBN 244285 |
| 2 | JEREMY J. SCHROEDER – SBN 223118 |
| | **FLESHER SCHAFF & SCHROEDER,** INC. |
| 3 | 2202 Plaza Drive |
| | Rocklin, CA 95765 |
| 4 | Telephone: (916) 672.6558 |
| | Facsimile: (916) 672.6602 |

Attorneys for defendant,
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | **CASE NO. 2:17-cv-02295-JAM-AC** |
| | *Complaint filed: 11/01/17* |
| Plaintiff, | *Trial Date: 6/6/22* |
| vs. | |
| RIDEOUT MEMORIAL HOSPITAL; HECTOR LOPEZ, M.D.; NATIONAL RAILROAD PASSENGER CORPORATION, Individually and dba AMTRAK; DOE 51 ENGINEER; DOE 52 CONDUCTOR; DOES 53-55 TRAIN OPERATORS; UNION PACIFIC RAILROAD COMPANY; and DOES 1-50 and 56-75, inclusive, | **STIPULATION AND ORDER** |
| Defendants. | |

IT IS STIPULATED that all parties, through their respective counsel, agree to continue the dates for trial exhibit exchange currently scheduled for December 27, 2021, to April 11, 2022, and objections to trial exhibits currently scheduled for January 3, 2021, to April 18, 2022. Trial is currently set for June 6, 2022; therefore, the parties have agreed to move the trial exhibit exchange and objections to a date closer to trial.

The new exhibit exchange will be based on the exhibit lists of the respective parties identified in the Court's Amended Pretrial Order (ECF No. 154) and subject to the Federal Rules of Civil Procedure.

1

STIPULATION AND ORDER

1     This Stipulation may be executed in separate counterparts.

2     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3   DATED: December 17, 2021     **FLESHER SCHAFF & SCHROEDER**

4       By */s/ Jason W. Schaff*
5       Jason W. Schaff
      Attorneys for defendants,
      NATIONAL RAILROAD PASSENGER
6       CORPORATION

7   DATED: December 17, 2021     **MCELFISH LAW FIRM**

8

9       By */s/ Raymond D. McElfish*
      Raymond D. McElfish
      Attorneys for Plaintiff
10       JOSEPH DANIEL NEVIS

11   DATED: December 17, 2021     **SCHUERING ZIMMERMAN & DOYLE, LLP**

12

13       By */s/ Chad C. Couchot*
      Chad C. Couchot
14       Attorneys for Defendant,
      FREMONT-RIDEOUT HEALTH GROUP
15       dba RIDEOUT HEALTH

16   DATED: December 17, 2021     **WASHINGTON & WASHINGTON**

17

18       By */s/ George E. Washington*
      George E. Washington
      Attorneys for Defendant,
19       HECTOR LOPEZ, M.D.

20     IT IS SO ORDERED.

21

22   DATED: December 17, 2021     /s/ John A. Mendez
23       THE HONORABLE JOHN A. MENDEZ
      UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28