# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | ) Case No.:  2:17-cv-02295-JAM-AC |
| | ) |
| Plaintiffs, | ) **ORDER TO SEAL RECORD IN** |
| vs. | ) **OPPOSITION TO DEFENDANT** |
| | ) **NATIONAL PASSENGER** |
| RIDEOUT MEMORIAL HOSPITAL, et al, | ) **RAILROAD CORPORATION'S** |
| | ) **MOTION IN LIMINE NO. 1** |
| Defendants. | ) |
| | ) |

Upon Plaintiff Joseph Daniel Nevis' Request to Seal the Record, Exhibit B [ECF No. 254-3] to Plaintiff's Opposition To Defendant National Passenger Railroad Corporation's Motion Limine No. 1, and good cause being shown, the Court approves Plaintiff's Request to Seal.

**IT IS HEREBY ORDERED**, that Exhibit B to Plaintiff's Opposition to Defendant National Passenger Railroad Corporation's Motion in Limine No. 1, shall be sealed. The copy filed on November 29, 2021, shall be removed from public record, and filed as a sealed document pursuant to the Eastern District of California Local Rule 141.

DATED this 7th day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE