1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13

JOSEPH DANIEL NEVIS,

Plaintiff,

vs.

RIDEOUT MEMORIAL HOSPITAL;
HECTOR LOPEZ, M.D.; NATIONAL
RAILROAD PASSENGER CORPORATION,
Individually and dba AMTRAK; DOE 51
ENGINEER; DOE 52 CONDUCTOR; DOES
53-55 TRAIN OPERATORS; UNION
PACIFIC RAILROAD COMPANY; and DOES
1-50 and 56-75, inclusive,

Defendants.

**CASE NO. 2:17-cv-02295-JAM-AC**
*Complaint filed: 11/01/17*
*Trial Date: 10/3/2022*

**ORDER TO ALLOW PLAINTIFF TO
READ THE EXPERT REPORT OF DREW
HITTENBERGER AT THE TIME OF
TRIAL**

Due to Plaintiff's expert, Drew Hittenberger's unavailability to testify at trial, and
pursuant to the Parties' Stipulation, the Court approves the Request.

///
///
///

---

**IT IS HEREBY ORDERED**, that Plaintiff may, in lieu of designating another similar expert, read to the jury the expert report of Mr. Hittenberger, just as he would read his deposition. Any diagrams or tables or charts contained in the original report can be shown to the jury demonstratively along with the reading of the report. The report, however, along with any chart or table, will not be admitted into evidence. Only the reading of the report will be deemed admitted as if Mr. Hittenberger is testifying before the jury.

DATED:  April 15, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

**ORDER TO ALLOW PLAINTIFF TO READ THE EXPERT REPORT OF DREW HITTENBERGER AT THE TIME OF TRIAL**