

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

JOSEPH DANIEL NEVIS,                         CASE No.  2:17-cv-02295-DAD-AC
     Plaintiff,

v.                                           MINUTES

RIDEOUT MEMORIAL HOSPITAL, ET AL.            Date:  October 7, 2022
                                             Deputy Clerk: P. Buzo
     Defendant*.                            Court Reporter: Kimberly Bennett
_____/

Counsel for Plaintiff:   Raymond McElfish
Counsel for Defendant: Chad Couchot, Robert Zimmerman,– Rideout Memorial Hospital
                Bradford Hinshaw, Peter Washington – Hector Lopez
                Jason Schaf, Nicole Low – National RailRoad Passenger Corp.

## JURY TRIAL – DAY 3

| Time | Event |
|---|---|
| 9:10 am | Court in session. All counsel present. Outside the presence of the jury.  Mr. Schaff informed the court of article in the Sacramento Bee related to the case and requested an admonition to the jury.  Mr. Zimmerman addressed the court. |
| 9:15 am | Back in the presence of the jury. Court addressed jury as to notebooks. Further admonishment given. |
| 9:20 am | Pltf calls Christopher Edson, sworn and testified.  Amtrak Exh 205 for ID. Pltf moved to Admit Exh 205.  No objection. ==Admitted== in its entirety. |
| 9:30 am | Sidebar. |
| 9:43 am | Back in session.  Resume direct. Amtrak Exh. 205. Pltf Exh 87, photo interior of engine. Plltf moved to admit, without objection. ==Admitted.== |
| 10:00 am | Morning recess. |
| 10:01 am | Outside the presence of the jury. |
| 10:27 am | Back in the presence of the jury. Resume direct.  Pltf Exh. 49. Sidebar. |
| 10:48 am | Outside the presence of the jury. |
| 10:49 am | Back in the presence of the jury. Resume direct. Pltf Exh. 49, pg 082. Pltf moved to admit Exh. 3, without objection. ==Admitted.==  Amtrak Exh. 205. |
| 11:14 am | Mr. Schaff reserved right to call as witness on direct. |
| 11:15 am | Pltf called Dr. Hector Lopez, sworn and testified. Pltf Exh. 51-098-099. Pltf moved to admit 51-098, without objection. ==Admitted==. Pltf moved to admit 51-099, without objection. ==Admitted.== Pltf moved to admit 51-100, without objection. ==Admitted==.  Pltf moved to admit 51-101, without objection. ==Admitted==. Pltf moved to admit 51-105, without objection. ==Admitted.== Pltf moved to admit 51-106 without objection. ==Admitted.== |

2:17-cv-02295-DAD-AC, <u>Nevis v. Rideout Memorial Hospital</u>
Minutes - Page 2

| | |
|---|---|
| 11:58 am | Lunch recess.<br>Outside the presence of the jury. |
| 1:23 pm | Court back in session and in the presence of the jury.<br>Resume direct. Pltf Exh 51 |
| 1:48 pm | Mr. Hinshaw reserved direct. |
| 1:49 pm | Outside presence of jury. |
| 1:51 pm | Mr. Schaff calls Pltf witness Felix Lee, sworn and testified. Pltf Exh. P025-001. After examination, Court found Mr. Lee as expert in the field stating his opinion. Court adopted its tentative ruling *(Doc. No. 300 at 6-7)* denying defendant Amtrak's motion in limine number three *(Doc. No. 179)* |
| 2:10 pm | Back in the presence of the jury. |
| 2:11 pm | Pltf called Felix Lee, sworn and testified. Pltf offered Mr. Lee as expert, without objection. Court found Mr. Lee as an expert in accident reconstruction. Pltf Exh. P025-002-P025-005 for demonstrative purpose only. P025-009 - P0-016 for demonstrative purpose only. P025-022 for Identification. |
| 2:50 pm | Mr. Schaff cross examination. |
| 3:04 pm | Afternoon recess. Outside the presence of the jury. |
| 3:22 pm | Resume cross examination. |
| 3:33 pm | No further cross examination. |
| 3:33 pm | Redirect. |
| 3:35 pm | Mr. Schaff recross |
| 3:36 pm | Witness excused. |
| 3:40 pm | Pltf called Jeffrey Zehnder, sworn and testified. Pltf offered witness as expert in forensic toxicologist, without objection. So Ordered. Pltf Exh. P037-001 |
| 4:07 pm | Mr. Couchot cross examination. |
| 4:17 pm | No further cross examination. |
| 4:17 pm | Re-direct. |
| 4:25 pm | Mr. Couchot re-cross. |
| 4:30 pm | Mr. Washington cross examination. |
| 4:35 pm | Re-re-direct. |
| 4:38 pm | Sidebar. |
| 4:42 pm | Resume Re-re-direct. |
| 4:42 pm | No further cross. Witness excused. |
| 4:44 pm | Court admonished jury. Court in recess until 10/11/22 at 1:00 p.m. |

TIME IN COURT:  *