

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | CASE No. 2:17-cv-02295-DAD-AC |
| Plaintiff, | |
| v. | MINUTES |
| RIDEOUT MEMORIAL HOSPITAL, ET AL. | Date: October 12, 2022 |
| | Deputy Clerk: P. Buzo |
| Defendant. | Court Reporter: Kimberly Bennett |
| _____/ | |

Counsel for Plaintiff:   Raymond McElfish
Counsel for Defendant: Chad Couchot, Robert Zimmerman,– Rideout Memorial Hospital
                Bradford Hinshaw, Peter Washington – Hector Lopez
                Jason Schaff, Nicole Low – National RailRoad Passenger Corp.

## JURY TRIAL – DAY 5

| | |
|---|---|
| 9:12 pm | Court in session. All counsel present. Outside the presence of the jury. Discussion of witness schedule. |
| 9:13 am | Back in the presence of the jury. |
| 9:14 am | Pltf called Maureen Miner, M.D., sworn and testified. Pltf moved to have witness designated as an expert, without defense objection. Court recognized witness as an expert in rehabilitation medicine. Pltf Exhibit 29. Pltf P029-006 Diagram marked for Identification. Pltf moved to publish diagram. Pltf moved to admit Diagram, without objection. Only Diagram P029-006 Admitted. |
| 10:10 am | Pltf Exhibit P021-001 – Rule 26 Expert Report/Disclosures of Carol Hyland. |
| 10:33 am | Moring recess. Outside the presence of the jury. Court addressed Mr. McElfish as to witness Dr. Eppreson. Discussion of 5150 reference and motion to exclude. |
| 10:56 am | Outside the presence of the jury. Mr. McElfish addressed the court as to the 5150. Court directed Mr. McElfish to instruct Mr. Epperson that no blood alcohol was taken or illicit the 5150. |
| 11:02 am | Back in the presence of the jury. |
| 11:03 am | Chad Couchot cross examination. |
| 11:20 am | No Cross exam by Dr. Lopez |
| 11:21 am | Jascon Schaff cross examination. |
| 11:32 am | Redirect. |
| 11:37 am | No re-cross examination. Witness excused. |
| 11:38 am | Pltf called Randall Epperson, PH D, sworn and testified. Pltf moved to have witness designated as an expert, without defense objection. Court recognized |

|  |  |
|---|---|
|  | Mr. Epperson as an expert in neuropsychology and psychology. Pltf Exhibit P017. |
| 12:15 pm | Pltf Exhibit 88 Marked for Identification, without objection. |
| 12:20 pm | Lunch Recess. Outside the presence of the Jury. |
| 1:41 pm | Back in the presence of the Jury.<br>Resume direct examination.<br>Pltf Exhibit P088-002, 003, 004 Marked for Identification without objection. |
| 2:19 pm | Peter Washington cross examination. |
| 2:29 pm | Jason Schaff cross examination. |
| 2:37 pm | Pltf – No Redirect. Witness excused. |
| 2:59 pm | Pltf called Carol Hyland, sworn and testified. Pltf moved to have witness designated as an expert in life care planning, without defense objection. Court recognized Carol Hyland as an expert in life care planning. Pltf P021-001-004; P021-020-023 Marked for Identification. |
| 3:31 pm | Chad Couchot cross examination. |
| 3:41 pm | Afternoon recess. Outside the presence of the jury. |
| 4:02 pm | Outside the presence of the jury. Court addressed motion in limine as stated on the record. Mr. Couchot read portion of the motion in limine on the record. As to Mr. Couchot's discussion as to motion in limine #6, Court addressed Mr. McElfish. After discussion, Court overruled Pltf's objection that was discussed at sidebar. |
| 4:18 pm | Back in the presence of the jury.<br>Resume cross examination. |
| 4:27 pm | No cross examination by Dr. Lopez or Amtrak |
| 4:27 pm | Redirect. |
| 4:31 pm | Re-cross examination by Mr. Hinshaw. |
| 4:33 pm | Witness excused. |
| 4:34 pm | Sidebar. |
| 4:36 pm | Court admonished jury.  Court in recess until 10/13/22 at 9:00 a.m. |
| 4:39 pm | Outside the presence of jury. Court addressed unavailability of Drew Hittenberger and report of Pltf Exhibit 19.  Mr. Schaff addressed the court. Mr. Couchot addressed the court. Mr. McElfish discussed motions in limine that were differed. As a result of an agreement between counsel for plaintiff and counsel for defendants' Rideout Memorial Hospital and Dr. Lopez regarding testimony of Randall Epperson, Ph D, the Court DENIES defendant Rideout Memorial Hospital's motion in limine number two (Doc. No. 162) and defendant Dr. Lopez's motion in limine number five (Doc. No. 169) as having been rendered moot.  Mr. Zimmerman addressed the court as to testimony of level care as being cumulative. Mr. McElfish further addressed the court. After discussion, objection overruled without prejudice. Ms. Tomsczak will be allowed to testify. |
| 4:54 pm | Court in recess. |
|  |  |

TIME IN COURT:  6.5 hours