

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| JOSEPH DANIEL NEVIS, | CASE No.  2:17-cv-02295-DAD-AC |
| Plaintiff, | |
| | |
| v. | **MINUTES** |
| | |
| RIDEOUT MEMORIAL HOSPITAL, ET AL. | Date:  October 13, 2022 |
| | Deputy Clerk: P. Buzo |
| Defendant. | Court Reporter: Kimberly Bennett |
| _____/ | |

Counsel for Plaintiff:   Raymond McElfish
Counsel for Defendant: Chad Couchot, Robert Zimmerman – Rideout Memorial Hospital
                                    Bradford Hinshaw, Peter Washington – Hector Lopez
                                    Jason Schaff, Nicole Low – National RailRoad Passenger Corp.

## JURY TRIAL – DAY 6

| | |
|---|---|
| 9:10 am | Court in session. All counsel present. Outside the presence of the jury. Discussion of trial schedule. Court in session on 10/24/22. Court addressed Mr. Schaff as to scope of Daubert hearing as to Mr. Byrnes. Mr. McElfish addressed the court. |
| 9:20 am | Outside the presence of jury. Paul F. Byrnes, sworn and testified. P039-pgs. 003-005, 009-015. Court addressed witness. |
| 9:35 am | Mr. Schaff addressed the court as to witness statements and expert report. Mr. McElfish addressed the court.  Following a Daubert hearing of plaintiff's expert witness Paul F. Byrnes, the court GRANTED in part defendant Amtrak's motion in limine number five (Doc. No. 183) as stated on the record. |
| 9:50 am | Back in the presence of the jury. Court noted receipt of a note from the jury. |
| 9:51 am | Pltf called Paul Byrnes, sworn and testified. Pltf offered witness as expert in railroad engineering and locomotive engineering, without defense objection. Court recognized Mr. Byrnes as expert in railroad operations and locomotive engineering. |
| 10:22 am | Jason Schaff cross examination. Dft Exhibit 205 – External & Internal photographs of locomotive Amtrak 14 (Previously Admitted at P003, P087 |
| 10:45 am | Morning recess.  Outside the presence of the jury. Court addressed jury note from juror #4. Mr. McElfish addressed the court as to Mr. Schaff's cross examination as stated on the record. |
| 11:05 am | Back in the presence of the jury. Resume cross examination. Exhibit P087 |
| 11:28 am | No further cross from Dr. Lopez or Rideout Memorial Hospital. |

2:17-cv-02295-DAD-AC, Nevis v. Rideout Memorial Hospital
Minutes - Page 2

| | |
|---|---|
| 11:28 am | Redirect. Exhibit P087. |
| 11:43 am | No recross. Witness excused. |
| 11:47 am | Pltf called Karen Tomczak, RN, sworn and testified.  Pltf offered witness as expert in nursing and standard of care for emergency rooms, without defense objection.  Court recognized Mrs. Tomczak as expert in nursing and standard of care for emergency rooms. P033, pg. 002. |
| 12:22 pm | Lunch recess. |
| 1:42 pm | Resume direct. P053-155, P033-007 |
| 2:09 pm | Robert Zimmerman cross examination. P51-001. |
| 3:00 pm | Peter Washington cross examination. P006 – Bi-County Ambulance Service |
| 3:17 pm | Afternoon recess. Outside of the presence of the jury. Court addressed jury note as stated. |
| 3:37 pm | Back in the presence of the jury Resume cross examination. P006-008. |
| 3:48 pm | No cross from Amtrak. |
| 3:48 pm | Redirect. |
| 4:02 pm | Mr. Zimmerman re-cross. |
| 4:03 pm | No re-cross |
| 4:04 pm | Pltf called Charles Mahla, Ph. D, sworn and testified. Pltf P027 for Identification. Pltf offered witness as expert in economics, without defense objection.  Court recognized Dr. Mahla as expert in the field of economics. P027-062 for Identification. Pltf moved to admit P027-062, with defense objection. Court differed ruling as to summary of loss sheet to be admitted. |
| 4:33 pm | Chad Couchot cross examination. |
| 4:48 pm | Dr. Lopez & Amtrak no cross. |
| 4:48 pm | Re-direct. |
| 4:52 pm | Chad Couchot re-cross. |
| 4:53 pm | Witness excused. |
| 4:54 pm | Court admonished jury. Court in recess until 10/14/2022 at 9:00 a.m. |
| 4:58 pm | Outside the presence of jury. Court addressed juror #4. |
| | |
| | |
| | |

TIME IN COURT:   6.5 hours