

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

JOSEPH DANIEL NEVIS,                                      CASE No. 2:17-cv-02295-DAD-AC

    Plaintiff,

  v.                                                                      MINUTES

RIDEOUT MEMORIAL HOSPITAL, ET AL.              Date: October 24, 2022
                                                                     Deputy Clerk: P. Buzo
    Defendant.                                                        Court Reporter: Kimberly Bennett

_____/

Counsel for Plaintiff: Raymond McElfish
Counsel for Defendant: Chad Couchot, Robert Zimmerman – Rideout Memorial Hospital
                         Bradford Hinshaw, Peter Washington – Hector Lopez
                         Jason Schaff, Nicole Low – National RailRoad Passenger Corp.

## JURY TRIAL – DAY 11

| | |
|---|---|
| 9:12 am | Court in session. Outside the presence of the jury. All counsel present. Mr. Elfish addressed the court as to exhibit on a flash drive P014-001-P014-010 for demonstrative purpose and to move into evidence, Mr. Schaff addressed the court as to some photos being duplicative. Court addressed Mr. McElfish as to exhibits and admission of a subset of photos 001-010. Mr. Schaff further addressed the court as to still shots. Ptlt Exh 46-615, 625, 629, 636, 637 for Identification. Pltf to move Exh in the presence of the jury. Pltf referred to Amtrak Exh 206, pg 15 (Pltf 046-629) Admitted. |
| 9:30 am | Break |
| 9:35 am | In the presence of the jury. Mr. McElfish moved to admit Exh 46-615, 625, 629, 636, 637, without defense objection. Admitted. Pltf moved to admit Pltf 46-629, without defense objection. Admitted. Pltf moved to admit photo stills of 001-010. Court ordered a subset of photos to be furnished to the court and to be reviewed. |
| 9:40 am | Mr. Washington submitted motion for judgment. Court differed ruling on motion for judgment. |
| 9:41 am | Resumed cross examination of Theresa Hyer, previously sworn. Pltf Exh. 053-156, P053-157, P053-132. |
| 10:16 am | Mr. Zimmerman re-direct. |
| 10:20 am | Mr. Washington re-direct. |
| 10:22 am | Pltf re-recross. |
| 10:23 am | Mr. Zimmerman re-redirect. |
| 10:24 am | Pltf re-recross. |

2:17-cv-02295-DAD-AC, <u>Nevis v. Rideout Memorial Hospital</u>
Minutes - Page 2

| | |
|---|---|
| 10:25 am | Mr. Zimmerman re-redirect. |
| 10:25 am | Witness excused. |
| 10:26 am | Ms. Low (Amtrak) called Thomas Haskin, sworn and testified. |
| 10:40 am | Morning recess. |
| 10:40 am | Outside the presence of the jury. |
| 10:42 am | Mr. McElfish addressed the court as to witness testimony and motion in limine. Discussion held. |
| 11:04 am | Back in the presence of the jury. |
| 11:04 am | Ms. Low resumed direct. |
| 11:14 am | No direct from Dr. Lopez or Rideout. |
| 11:14 am | Cross examination. |
| 11:15 am | Sidebar. |
| 11:18 am | Resume cross. Pltf Exh. 046-615, 625, 636, 637. |
| 11:39 am | Ms. Low re-direct. |
| 11:40 am | Pltf recross. |
| 11:42 am | Witness excused. |
| 11:55 am | Back in the presence of the jury. |
| 11:56 am | Mr. Couchot (Rideout) called Miranda Van Horn, MD, sworn and testified by Zoom. Mr. Couchot moved to have witness designated as an expert in lifecare planning, without objection. Court recognized witness as a lifecare planner. |
| 12:17 pm | Pltf cross examination. |
| 12:26 pm | Witness excused. |
| 12:28 pm | Lunch break. |
| 1:49 pm | Outside the presence of the jury. Court addressed Dr. Lopez's [320] motion for judgment. After discussion, for reasons stated on the record, Court Denied defendant Hector Lopez's [320] motion for judgment. |
| 1:56 pm | Back in the presence of the jury. |
| 1:57 pm | Mr. Couchot (Rideout) called Eric Volt, sworn and testified. Defense moved to designate witness as an expert in economics, without Pltf objection. Court recognized witness as expert in economics.  Defense Exh. 142-146 published for demonstrative purposes. |
| 2:26 pm | Mr. Washington direct. |
| 2:27 pm | Pltf cross examination. |
| 2:42 pm | No further redirect. Witness excused. |
| 2:43 pm | Mr. Schaff (Amtrak) recalled Christopher Edson on direct, previously sworn. |
| 3:09 pm | Pltf cross. |
| 3:20 pm | Afternoon recess. |
| 3:42 pm | Back in the presence of the jury. Resume cross.  Pltf Exh 49. |
| 3:58 pm | Mr. Schaff re-direct. |
| 4:02 pm | Pltf re-cross. |
| 4:03 pm | Witness excused. |
| 4:07 pm | Court admonished jury. Court in recess until 10/25/22 at 1:00 pm. |
| | |

TIME IN COURT: 6 hours