GEORGE E. WASHINGTON, State Bar No. 46281
PETER G. WASHINGTON, State Bar No. 230514
**WASHINGTON & WASHINGTON**
1600 Humboldt Road, Suite 2
Chico, California 95928
Telephone:  (530) 345-0821
Facsimile:  (530) 342-2242

Attorneys for Defendant, HECTOR LOPEZ, M.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL NEVIS,<br><br>                        Plaintiff,<br><br>    vs.<br><br>RIDEOUT MEMORIAL HOSPITAL; HECTOR LOPEZ, M.D.; NATIONAL RAILROAD PASSENGER CORPORATION, individually and dba AMTRAK; DOE 51 ENGINEER; DOE 52 CONDUCTOR; DOES 53-55 TRAIN OPERATORS; UNION PACIFIC RAILROAD COMPANY; and DOES 1-50 and 56-75, inclusive<br><br>                        Defendants. | CASE NO. 2:17-cv-02295-DAD-AC<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULING AND HEARING** |

IT IS HEREBY STIPULATED by and between the Plaintiff, JOSEPH NEVIS, and Defendants RIDEOUT MEMORIAL HOSPITAL, HECTOR LOPEZ, M.D., and NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, by and through their respective counsel, that the post-verdict briefing scheduling be continued as follows:

    Defendants' Briefs Due:    November 12, 2022 (Veteran's Day is 11/11/2022)

    Plaintiff's Response Due:   November 23, 2022

    Hearing:                    November 29, 2022 at 1:30 p.m., via Zoom

Defendant Lopez's counsel has been informed by Courtroom Deputy Pete Buzo that the Court is currently available on the hearing date requested in this Stipulation.

...

---

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING**                                            1

For the reasons set forth above, IT IS HEREBY STIPULATED by and between the parties to this action that the current briefing schedule be continued to the dates set forth above.

IT IS SO STIPULATED.

DATED:  November 2, 2022    **McELFISH LAW FIRM**

    /s/ Raymond D. McElfish
Raymond D. McElfish
Attorneys for Plaintiff JOSEPH DANIEL NEVIS

DATED: November 2, 2022    **WASHINGTON & WASHINGTON**

    /s/ Peter G. Washington
Peter G. Washington
Attorneys for Defendant HECTOR LOPEZ, M.D.

DATED:  November 2, 2022    **SCHUERING, ZIMMERMAN & DOYLE**

    /s/ Chad C. Couchot
Chad C. Couchot
Attorneys for Defendant RIDEOUT MEMORIAL HOSPITAL

DATED:  November 2, 2022    **FLESHER SCHAFF & SCHROEDER, INC.**

    /s/ Jason W. Schaff
Jason W. Schaff
Attorneys for Defendants, NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

**ORDER**

The parties, having stipulated, and consideration of the moving documents, and good cause appearing,

IT IS SO ORDERED.

Dated:  **November 2, 2022**      _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING**    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING**　　　　3